No. 02–6174. MARIANI v. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–6175. LANCASTER v. MONETTE ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–6176. JUSTE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–6178. NUNEZ-MARTINEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6179. PATEL v. MORRIS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 02–6181. ROBINSON ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–6185. BARBA-MARTINEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6197. VELASQUEZ v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 02–6198. DOGANIERE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6200. BROADNAX v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–6203. ROBERTS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6211. MOORE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6212. JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6214. CRISTOBAL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6219. SCHEETZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6222. LOGAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.